IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERI J. McDERMOTT, CMI, et al., | CASE NO. 1:98 CV 515 |
| *Plaintiffs*, | JUDGE SOLOMON OLIVER, JR. |
| v. | MAGISTRATE JUDGE HEMANN |
| ADVANSTAR COMMUNICATIONS, INC., a New York corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| *Defendants*. | |

IT IS HEREBY STIPULATED by the parties to this action, through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: January 4, 2008

1/11/2008 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

Terence J. Clark (Ohio Bar No. 0010877)
(e-mail: clarkt@gtlaw.com)
Jordan D. Grotzinger (Pro Hac Vice)
(e-mail: grotzingerj@gtlaw.com)
Wendy M. Mantell (Pro Hac Vice)
(e-mail: mantellw@gtlaw.com)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
(310-586-7700)

ATTORNEYS FOR DEFENDANT ADVANSTAR COMMUNICATIONS INC.

Dated: January 4, 2008

*William T. McGrath*

William T. McGrath
(e-mail: wmcgrath@dmmlaw.com)
DAVIS McGRATH, LLC
125 South Wacker Drive, Suite 1700
Chicago, IL 60606-4402
(312-332-4748)
ATTORNEYS FOR PLAINTIFFS